IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL GENS, | ) |
| | ) Case No. 21 C 6535 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge John F. Kness |
| | ) |
| CITY OF CHICAGO, and | ) Magistrate Susan E. Cox |
| MANE MARAVIC, J. BARTEL, | ) |
| JOHN S. SMITH, MARCO A. ACEVEDO, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

|  |  |
|---|---|
| s/Amanda S. Yarusso<br>Amanda Yarusso<br>Attorney for plaintiff, Russell Gens<br>111 W. Washington St., Ste. 1500<br>Chicago, Illinois 60602<br>(773) 510-6198<br>Attorney No. 6280081<br>DATE: 7/14/2022 | Respectfully submitted,<br><br>CITY OF CHICAGO<br>a Municipal Corporation<br><br>CELIA MEZA<br>Corporation Counsel<br>Attorney for City of Chicago<br><br>BY: *[signature]*<br>Caroline Fronczak<br>Deputy Corporation Counsel<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-5126<br>Attorney No. 6284817<br>DATE: 7/15/2022<br><br>*[signature]*<br>Allison Romelfanger<br>Attorney for defendants, Mane Maravic, Jeff Bartel, John Smith and Marco Acevedo<br>Assistant Corporation Counsel Supervisor<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-5890<br>Attorney No. 6310033<br>DATE: 7/15/22 |

7